**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MICKYLA HARRIS**                                                                          **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO.** 3:24-cv-741-HTW-LGI

**TUPELO MISSISSIPPI DISPENSARY, LLC**                                    **DEFENDANT**

**COMPLAINT
JURY TRIAL DEMANDED**

**COMES NOW** the Plaintiffs, Mickyla Harris, by and through counsel, Watson & Norris, PLLC, brings this action to recover damages of violations of her rights pursuant to Title VII of the Civil Rights Act of 1964 for race discrimination and 42 U.S.C. § 1981 for race discrimination against the Defendant, Tupelo Mississippi Dispensary, LLC.   In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**THE PARTIES**

1.      Plaintiff, Mickyla Harris, is a 25-year-old black female resident of Union County, Mississippi.

2.      Defendant, Tupelo Mississippi Dispensary, LLC, may be served with process by serving its registered agent, Registered Agents Solutions, Inc., 8927 Lorraine Road, Suite 204-A, Gulfport, Mississippi 39503.

**JURISDICTION AND VENUE**

3.      This Court has federal question jurisdiction pursuant to Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981.

4.      This Court also has subject matter jurisdiction, and venue is proper in this Court.

5.      Plaintiff timely filed a Charge of Discrimination with the EEOC on August 1,

2024, a true and correct copy of which is attached as Exhibit "A."  The EEOC issued a Dismissal and Notice of Right to Sue on October 30, 2024, a true and correct copy of which is attached as Exhibit "B."  Plaintiff timely files this cause of action within ninety (90) days of receipt of her Dismissal and Notice of Right to Sue.

**STATEMENT OF FACTS**

6.      Plaintiff is a 25-year-old black female resident of Union County, Mississippi.

7.      Plaintiff was hired on January 2, 2023, as a Floor Supervisor at Tupelo Mississippi Dispensary, LLC (TMD).

8.      Plaintiff was the only black full-time employee at the facility of TMD where she worked.

9.      During her tenure at TMD, Plaintiff contends that Supervisor Russell Anderson (white male) was preferential toward white employees in how he issued disciplinary points.

10.      For example, if a white employee took an extended break, Mr. Anderson would not issue that employee a point, whereas if Plaintiff was even one minute late returning from a break, he issued her a point.

11.      Plaintiff further contends that Mr. Anderson often favorably modified white employees' points, i.e., removed them, but he never favorably modified Plaintiff's points.

12.      On May 22, 2024, Mr. Anderson terminated Plaintiff, allegedly due to attendance and not meeting the work standard.

13.      Plaintiff denies these allegations.

14.      After Plaintiff was terminated, Plaintiff filed for unemployment benefits with the Mississippi Department of Employment Security (MDES) and was initially approved.

15. Subsequently, however, TMD appealed the decision, and an appeal hearing was scheduled with Administrative Law Judge Thomas Mize.

16. On July 22, 2024, the appeal hearing was held with Judge Mize.

17. During the hearing, TMD alleged that Plaintiff mishandled a phone interaction with a customer.

18. Plaintiff contended she responded to the customer in full compliance with the directions she had received from her manager.

19. Ultimately, Judge Mize determined that TMD failed to provide any clear and convincing evidence that Plaintiff displayed any misconduct in connection with her work, and the previous decision to approve her for benefits was affirmed.

20. After Plaintiff was terminated, Plaintiff learned that her position was replaced by Floor Supervisors Dustin LNU (white male) and/or Farah Tidwell (white female).

## CAUSES OF ACTION

### COUNT I: VIOLATION OF TITLE VII - RACE DISCRIMINATION

21. Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 20 above as if fully incorporated herein.

22. Defendant has discriminated against Plaintiff because of her race based on the facts identified above which constitutes a violation of Title VII.

23. Plaintiff has suffered lost wages, benefits and other pecuniary losses as well as deep humiliation, axiety and emotional distress.

24. The unlawful actions of Defendant complained of above were intentional malicious, and taken in reckless disregard of the statutory rights of Plaintiff, thus giving

rise to both compensatory and puntive damages pursuant to Title VII.

### COUNT II:  VIOLATION OF 42 U.S.C § 1981 – RACE DISCRIMINATION

25.     Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 24 above as if fully incorporated herein.

26.     The Defendant has discriminated against Plaintiff because of her race based on the facts identified above and is a violation of 42 U.S.C. § 1981.

27.     Plaintiff has suffered lost wages, benefits and other pecuniary losses as well as deep, humiliation, anxiety and emotional distress.

28.     The unlawful actions of the Defendant complained of above were intentional, malicious, and taken in reckless disregard of the statutory rights of Plaintiff.

### PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED,** Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Back wages;
2. Reinstatement or future wages in lieu of reinstatement;
3. Compensatory damages;
4. Punitive damages;
5. Attorney's fees;
6. Lost benefits;
7. Pre-judgment and post-judgment interest;
8. Costs and expenses; and
9. Such further relief as is deemed just and proper.

THIS the 19th  day of November 2024.

Respectfully submitted,

MICKYLA HARRIS, Plaintiff

By: /s/Louis H. Watson
    Louis H. Watson, Jr.  (MB# 9053)

Nick Norris (MB# 101574)
Attorneys for Plaintiff


OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
        nick@watsonnorris.com